# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| APPLE INC., and AT&T MOBILITY LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF SOFTVIEW LLC'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff SoftView LLC, by and through its undersigned counsel, certifies that SoftView LLC has no parent corporation and that there is no publicly held corporation holding 10% or more of its stock.

BLANK ROME LLP

By: */s/ Steven L. Caponi*
    Steven L. Caponi (I.D. No. 3484)
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    (302) 425-6400
    caponi@blankrome.com
    Attorneys for SoftView LLC

OF COUNSEL:

Morgan Chu
Samuel K. Lu
Amir Naini
Craig Johnson
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010
mchu@irell.com; slu@irell.com; anaini@irell.com; cjohnson@irell.com

Dated: May 10, 2010

2232802

900200.00001/40188371v.1