**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

SOFTVIEW LLC

       Plaintiff,

    v.                                Civil Action No. 10-389-JJF-LPS

APPLE INC., and
AT&T MOBILITY LLC,

       Defendants.

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff SoftView LLC and Defendant AT&T

Mobility LLC, subject to the approval of the Court, that the time for AT&T Mobility LLC to

respond to the Complaint in this action shall be extended to and including July 3, 2010.

402029139v1

BLANK ROME LLP

PILLSBURY WINTHROP SHAW
PITTMAN LLP

By: */s/ Steven L. Caponi*
    Steven L. Caponi (I.D. No. 3484)
    1201 Market Street, Suite 800
    Wilmington, Delaware  19801
    (302) 425-6400
    caponi@blankrome.com

*/s/ William P. Atkins*
William P. Atkins
1650 Tysons Boulevard
McLean, Virginia  22102
(703) 770-7900
william.atkins@pillsburylaw.com

    Morgan Chu
    Samuel K. Lu
    Amir Naini
    Craig Johnson
    IRELL & MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California  90067-4276
    (310) 277-1010
    mchu@irell.com; slu@irell.com;
    anaini@irell.com cjohncon@irell.com

*Attorney for Defendant AT&T Mobility*

*Attorneys for SoftView LLC*

    SO ORDERED, this _____ day of _____, 2010.

_____
                         J.

402029139v1