# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 10-389-JJF-LPS |
| v. | ) |
| | ) |
| APPLE INC., and AT&T MOBILITY LLC | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff SoftView LLC and defendant Apple Inc., subject to the approval of the Court, that Apple Inc.'s time to move, answer, or otherwise respond to the Complaint in this action shall be extended to July 2, 2010.

BLANK ROME LLP                                  POTTER ANDERSON & CORROON LLP

By: /s/ Steven L. Caponi                         By: /s/ Richard L. Horwitz
    Steven L. Caponi (#3484)                          Richard L. Horwitz (#2246)
    1201 N. Market Street, Suite 800                  David E. Moore (#3983)
    Wilmington, DE 19801                              Hercules Plaza 6th Floor
    (302) 425-6400                                    1313 N. Market Street
    caponi@blankrome.com                              Wilmington, DE 19899
                                                      Tel: (302) 984-6000
*Attorneys for Plaintiff SoftView LLC*            rhorwitz@potteranderson.com
                                                      dmoore@potteranderson.com

*Attorneys for Defendant Apple Inc.*

SO ORDERED this _____ day of _____, 2010.

_____
Judge

968663 / 35692