## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 10-389-LPS |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| APPLE INC., and AT&T MOBILITY LLC | ) ) |
| Defendant. | ) |

### APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Apple Inc. hereby files its Corporate Disclosure Statement. Apple Inc. has no parent corporations, and there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

OF COUNSEL:

Josh A. Krevitt
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-2490

Brian Ankenbrandt
GIBSON DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202-2642
Tel: (303) 298-5923

Dated: August 27, 2010
980090 / 35692

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Apple Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on August 27, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 27, 2010, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Steven L. Caponi<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>caponi@blankrome.com | Morgan Chu<br>Samuel K. Lu<br>Amir Naini<br>Craig Johnson<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>mchu@irell.com<br>slu@irell.com<br>anaini@irell.com<br>cjohnson@irell.com |

By: /s/ Richard L. Horwitz
   Richard L. Horwitz
   David E. Moore
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

973077 / 35692