# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| Plaintiff, | ) ) ) ) C.A. No. 10-389-LPS |
| v. | ) ) **DEMAND FOR JURY TRIAL** |
| APPLE INC., and AT&T MOBILITY LLC | ) ) |
| Defendant. | ) |

## AT&T MOBILITY LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, AT&T Mobility LLC ("ATTM") hereby files its Corporate Disclosure Statement. ATTM is a Delaware limited liability company with its principal place of business at 1025 Lenox Park Blvd. NE, Atlanta, Georgia 30319-5309. ATTM has no parent corporation. Its members are all privately held companies that are either wholly owned subsidiaries of AT&T Inc., which is publicly traded, or are limited liability companies whose members are wholly owned subsidiaries of AT&T Inc. No other publicly held corporation has a 10% or more ownership interest in ATTM.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Josh A. Krevitt<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel: (212) 351-2490 | By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza 6th Floor<br>1313 N. Market Street |
| Brian Ankenbrandt<br>GIBSON DUNN & CRUTCHER LLP<br>1801 California Street<br>Denver, CO 80202-2642<br>Tel: (303) 298-5923 | Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| | *Attorneys for Defendant AT&T Mobility LLC* |

Dated: August 27, 2010
980099 / 35692

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on August 27, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 27, 2010, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Steven L. Caponi<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>caponi@blankrome.com | Morgan Chu<br>Samuel K. Lu<br>Amir Naini<br>Craig Johnson<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>mchu@irell.com<br>slu@irell.com<br>anaini@irell.com<br>cjohnson@irell.com |

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

973077 / 35692