# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOFTVIEW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-389-LPS |
| | ) | |
| APPLE INC., and AT&T MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff SoftView LLC will present *Softview's Motion for Leave to Amended its Complaint* to the Court on _____, _____, 2010, at _____ a.m., p.m., or at the earliest time convenient to the Court.

Dated: November 10, 2010

/s/ Steven L. Caponi
Steven L. Caponi (I.D. No. 3484)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
caponi@blankrome.com
ATTORNEYS FOR SOFTVIEW LLC

OF COUNSEL:
Morgan Chu
Samuel K. Lu
Amir Naini
Craig Johnson
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010
mchu@irell.com; slu@irell.com;
anaini@irell.com cjohnson@irell.com

134640.00601/40191724v.1