# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOFTVIEW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-389-LPS |
| | ) | |
| APPLE INC., and AT&T MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF SOFTVIEW LLC'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff SoftView LLC hereby moves to amend its Complaint to add an allegation of infringement of United States Patent No. 7,831,926. Pursuant to D. Del. LR 15.1, attached hereto as Exhibit 1 is a copy of the proposed First Amended Complaint and attached hereto as Exhibit 2 is a version of the proposed First Amended Complaint showing how it differs from the current Complaint. The grounds for this motion are set forth in the opening brief submitted herewith.

WHEREFORE, SoftView respectfully requests that the Court enter the attached order granting SoftView's motion for leave to amend its complaint.

*/s/ Steven L. Caponi*
Steven L. Caponi (I.D. No. 3484)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
caponi@blankrome.com

ATTORNEYS FOR SOFTVIEW LLC

OF COUNSEL:

Morgan Chu
Samuel K. Lu
Amir Naini
Craig Johnson
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
(310) 277-1010
mchu@irell.com; slu@irell.com;
anaini@irell.com cjohnson@irell.com


November 10, 2010

134640.00601/40191718v.1