

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

January 14, 2011

**VIA ELECTRONIC FILING**

The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    <u>SoftView LLC v. Apple Inc., et al.</u>, (C.A. No. 10-389-LPS)

Dear Judge Stark:

      We write concerning the Oral Order dated January 7, 2011, in which the Court ordered the parties to confer regarding proposed dates in the scheduling order and submit their proposal to the Court no later than January 14, 2011. Pursuant to agreement between plaintiff's and defendants' counsel, defendants' counsel contacted the Court's case manager, Mr. Looby, to request and receive a one-week extension of the deadline to submit their proposal. The reasons for the brief extension are explained below.

      Prior to receipt of the Court's Oral Order, plaintiff's and defendants' counsel scheduled an in-person meeting to be held on January 19, 2011. At that meeting, counsel will discuss the case schedule and, consistent with the Court's form scheduling order, whether the matter can be resolved at this juncture by settlement, voluntary mediation, or binding arbitration.

                            Respectfully,

                            /s/ David E. Moore

                            David E. Moore

DEM/nmt
996944/35692

cc:     Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)