# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 10-389-LPS |
| v. | ) |
| | ) **DEMAND FOR JURY TRIAL** |
| APPLE INC., and AT&T MOBILITY LLC | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on May 23, 2011 upon the following attorneys of record at the following addresses as indicated:

> AT&T MOBILITY LLC'S AMENDED OBJECTIONS AND RESPONSES TO SOFTVIEW LLC'S AMENDED FIRST SET OF INTERROGATORIES (NOS. 1-8 TO ATTM; NOS. 1-7 AND 10 IN SOFTVIEW LLC'S AMENDED FIRST SET OF INTERROGATORIES TO DEFENDANTS)

**VIA ELECTRONIC MAIL**

Steven L. Caponi
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
caponi@blankrome.com

Morgan Chu
Samuel K. Lu
Amir Naini
Craig Johnson
Dorian S. Berger
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
mchu@irell.com
slu@irell.com
anaini@irell.com
cjohnson@irell.com
dberger@irell.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Josh A. Krevitt<br>GIBSON DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Tel:  (212) 351-2490 | By:  */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Brian Ankenbrandt<br>GIBSON DUNN & CRUTCHER LLP<br>1801 California Street<br>Denver, CO  80202-2642<br>Tel:  (303) 298-5923 | |
| Dated:  May 24, 2011<br>1014023 / 35692 | *Attorneys for Defendants Apple Inc. and AT&T Mobility LLC* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 24, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on May 24, 2011, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Steven L. Caponi<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>caponi@blankrome.com | Morgan Chu<br>Samuel K. Lu<br>Amir Naini<br>Craig Johnson<br>Dorian S. Berger<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>mchu@irell.com<br>slu@irell.com<br>anaini@irell.com<br>cjohnson@irell.com<br>dberger@irell.com |

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

973077 / 35692