**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SOFTVIEW LLC, | ) | |
| | ) | |
| Plaintiff and Counterdefendant, | ) | |
| | ) | C.A. No. 10-389-LPS |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| APPLE INC. and AT&T MOBILITY LLC, | ) | |
| | ) | |
| Defendants and Counterclaimants. | ) | |

**JOINT STIPULATION AND PROPOSED ORDER
FOR EXTENSION OF CASE DEADLINES**

WHEREAS, SoftView has filed a motion for leave to file an amended complaint that would add additional defendants and accused products to this suit (D.I. 61-62); and

WHEREAS, consistent with the parties' submissions in connection with SoftView's motion to amend, the parties recognize that the schedule in this case may need to be revisited once the Court rules on SoftView's motion to amend;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and subject to the approval of the Court, that the following deadlines from the Court's Scheduling Order (D.I. 57) be revised as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Exchange of claim terms and proposed claim constructions. | June 24, 2011 | August 24, 2011 |
| Joint claim construction chart | July 22, 2011 | September 9, 2011 |
| Technical tutorials | August 5, 2011 | September 23, 2011 |
| Opening claim construction briefs | August 5, 2011 | September 30, 2011 |

| Responsive claim construction briefs | September 9, 2011 | October 28, 2011 |
| Markman hearing | September 22, 2011 | November [17], 2011 |

BLANK ROME LLP                              POTTER ANDERSON & CORROON LLP

By:  _/s/_____          By:  _/s/ David E. Moore_____
    Steven L. Caponi (# 3484)                  Richard L. Horwitz (#2246)
    1201 Market Street, Suite 800              David E. Moore (#3983)
    Wilmington, DE 19801                        Hercules Plaza, 6th Floor
    Tel: (302) 425-6400                         1313 N. Market Street
    caponi@blankrome.com                        Wilmington, DE  19899
                                                Tel:  (302) 984-6000
*Attorneys for Plaintiff SoftView LLC*          rhorwitz@potteranderson.com
                                                dmoore@potteranderson.com

                                                *Attorneys for Defendants Apple, Inc. and AT&T Mobility, Inc.*

        IT IS SO ORDERED this ___ day of June, 2011.

                                     _____
                                         USDJ

1017214 / 35692