IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-389 (LPS) |
| | ) |
| APPLE, INC.; AT&T MOBILITY LLC; DELL INC.; HTC CORP.; HTC AMERICA, INC.; EXEDEA, INC.; HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI TECHNOLOGIES USA INC.; HUAWEI DEVICE USA INC.; KYOCERA CORP.; KYOCERA WIRELESS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS MOBILCOMM U.S.A., INC.; MOTOROLA MOBILITY INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SONY ERICSSON MOBILE COMMUNICATIONS AB AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Defendants Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA) Inc. to move, answer or otherwise respond to the Second Amended Complaint for Patent Infringement is extended until November 28, 2011.

- 2 -

| | |
|---|---|
| BLANK ROME LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Steven L. Caponi* | */s/ Rodger D. Smith II* |
| Steven L. Caponi (#3484)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>caponi@blankrome.com<br>*Attorneys for Plaintiff Softview LLC* | Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendants*<br>*Sony Ericsson Mobile Communications AB*<br>*and Sony Ericsson Mobile Communications*<br>*(USA) Inc.* |

4548769

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge