

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctcorporation.com

October 12, 2011

Steven L. Caponi
Blank Rome LLP
1201 Market Street,
Suite 800,
Wilmington, DE 19801

Re: Softview LLC, Pltf. vs. Apple Inc., et al. including Huawei Technologies Co., Ltd., Dfts.

Case No. 10389LPS

Dear Sir/Madam:

We are herewith returning the Letter, Summons, Proof of Service Form, Notice, Consent, and Reference Forms, Second Amended Complaint, Exhibits which we received regarding the above captioned matter.

Huawei Technologies Co., Ltd is not listed on our records or on the records of the State of TX.

Very truly yours,


Tracie Hollywood
Corporate Operations Specialist

Log# 519300020

FedEx Tracking# 795287704295

cc: District of Delaware - United States District Court
  Clerk,
  844 King St.
  Wilmington, DE 19801-3570



FILED
OCT 20 2011
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| SOFTVIEW LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-389-LPS |
| APPLE INC. ET AL. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Huawei Technologies Co., Ltd.
HQ Office Building
Huawei Industrial Base
Bantian
Longgang District
Shenzhen 518129
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven L. Caponi, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT - 4 2011

*E Shiller*

*Signature of Clerk or Deputy Clerk*

AO-440

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 85A (Rev. 01/09) Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title).*

Motions: _____

_____

_____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of Delaware

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____       _____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-389-LPS |
| ) | |
| APPLE INC.; AT&T MOBILITY LLC; ) | |
| DELL INC.; HTC CORP.; HTC ) | |
| AMERICA, INC.; EXEDEA, INC.; ) | **DEMAND FOR JURY TRIAL** |
| HUAWEI TECHNOLOGIES CO., LTD.; ) | |
| HUAWEI TECHNOLOGIES USA INC.; ) | |
| HUAWEI DEVICE USA INC.; KYOCERA ) | |
| CORP.; KYOCERA WIRELESS CORP.; ) | |
| LG ELECTRONICS, INC.; LG ) | |
| ELECTRONICS USA, INC.; LG ) | |
| ELECTRONICS MOBILECOMM U.S.A, ) | |
| INC.; MOTOROLA MOBILITY INC.; ) | |
| SAMSUNG ELECTRONICS CO., LTD.; ) | |
| SAMSUNG ELECTRONICS AMERICA, ) | |
| INC.; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, ) | |
| LLC.; SONY ERICSSON MOBILE ) | |
| COMMUNICATIONS AB; and SONY ) | |
| ERICSSON MOBILE ) | |
| COMMUNICATIONS (USA) INC, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF SOFTVIEW LLC'S
## SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff SoftView LLC ("SoftView"), by and through its undersigned counsel, for its Second Amended Complaint against Apple Inc.; AT&T Mobility LLC; Dell Inc.; HTC Corp.; HTC America, Inc.; Exedea, Inc.; Huawei Technologies Co., Ltd.; Huawei Technologies USA; Huawei Device USA Inc.; Kyocera Corp.; Kyocera Wireless Corp.; LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics MobileComm U.S.A, Inc.; Motorola Mobility Inc.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.;

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

### FIND GLOBAL NAME SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME** : huawei technologies

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 161482800 | Huawei Technologies (USA) | Domestic For-Profit Corporation | In existence | Assumed | Active |
| ○ | 801242979 | Huawei Technologies USA Inc. | Domestic For-Profit Corporation | In existence | Legal | Prior |
| ○ | 801483742 | Huawei Technologies USA Inc. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 14355310 | Highway Technologies, L.P. | Domestic Limited Partnership (LP) | Merged | Legal | Inactive |
| ○ | 64615900 | HWA TECH INDUSTRIAL DEVELOPMENT CORPORATION, USA | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 800565485 | HIGHWAY TECHNOLOGIES, L.L.C. | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Prior |
| ○ | 800779820 | Highway Technologies, LLC | Application for Name Reservation | Expired | Legal | Expired |
| ○ | 801060248 | HIGHWAY TECHNOLOGIES, INC. | Foreign For-Profit Corporation | In existence | Legal | In use |
| ○ | 801247528 | H-W Technology, L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801472901 | Howe Technical Services, Inc | Domestic For-Profit Corporation | In existence | Legal | In use |

Records 1 to 10 of 16 scroll   **Next >>**   OR   proceed to page [ ] of 2 pages **GO**

**Return to Order**   **New Search**

---

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.