# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
|       Plaintiff, | ) |
|     v. | ) C.A. No. 10-389-LPS |
| APPLE INC.; AT&T MOBILITY, LLC; DELL INC.; HTC CORP.; HTC AMERICA, INC.; EXEDEA, INC.; HUAWEI TECHNOLOGIES CO., LTD.; HUAWEI TECHNOLOGIES USA; HUAWEI DEVICE USA INC.; KYOCERA CORP.; KYOCERA WIRELESS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA MOBILITY INC.; SAMSUNG ELECTRONICS AMERICA, INC.; TELECOMMUNICATIONS AMERICA LLC; SONY ERICSSON MOBILE COMMUNICATIONS AB; and SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., | ) **DEMAND FOR JURY TRIAL** |
|       Defendants. | ) |

### DECLARATION OF STUART ROSENBERG IN SUPPORT OF APPLE INC.'S AND AT&T MOBILITY LLC'S OPENING BRIEF IN SUPPORT OF MOTION TO STAY LITIGATION PENDING REEXAMINATION OF BOTH PATENTS-IN-SUIT

OF COUNSEL:

Josh A. Krevitt
H. Mark Lyon
Stuart M. Rosenberg
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel:  (212) 351-2490

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE  19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Apple Inc. and AT&T Mobility LLC*

Dated:  November 23, 2011
1036817/ 35692

I, Stuart M. Rosenberg, hereby declare as follows:

1.   I am an Associate in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Apple Inc. and AT&T Mobility LLC in the above-captioned matter.  I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.   Attached as Exhibit A hereto is a true and correct copy of the Request for *Inter Partes* Reexamination filed in the United States Patent and Trademark Office on May 20, 2011, without exhibits, in the *Inter Partes* Reexamination given control number 95/000,634.

3.   Attached as Exhibit B hereto is a true and correct copy of the Request for *Inter Partes* Reexamination filed in the United States Patent and Trademark Office on May 23, 2011, without exhibits, in the *Inter Partes* Reexamination given control number 95/000,635.

4.   Attached as Exhibit C hereto is a true and correct copy of the Order Granting the Request for *Inter Partes* Reexamination issued by the United States Patent and Trademark Office on August 8, 2011, in the *Inter Partes* Reexamination given control number 95/000,634.

5.   Attached as Exhibit D hereto is a true and correct copy of the Order Granting the Request for *Inter Partes* Reexamination issued by the United States Patent and Trademark Office on August 8, 2011, in the *Inter Partes* Reexamination given control number 95/000,635.

6.   Attached as Exhibit E hereto is a true and correct copy of the third-party requester petition filed on September 9, 2011, in the *Inter Partes* Reexamination given control number 95/000,634.

7.   Attached as Exhibit F hereto is a true and correct copy of the third-party requester petition filed on September 9, 2011, in the *Inter Partes* Reexamination given control number 95/000,635.

2

8. Attached as Exhibit G hereto is a true and correct copy of a September 21, 2011 letter to Stuart M. Rosenberg from Amir Naini of Irell & Manella, counsel for SoftView.

9. Attached as Exhibit H hereto is a true and correct copy of the office action issued by United States Patent and Trademark Office on September 30, 2011 in the *Inter Partes* Reexamination given control number 95/000,634.

10. Attached as Exhibit I hereto is a true and correct copy of the office action issued by United States Patent and Trademark Office on October 1, 2011 in the *Inter Partes* Reexamination given control number 95/000,635.

11. Attached as Exhibit J hereto is a true and correct copy of *Inter Partes Reexamination Filing Data as of September 30, 2011*, published by the United States Patent and Trademark Office at http://www.uspto.gov/patents/IP_quarterly_report_September_2011.pdf (last visited November 22, 2011).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of November, 2011 in Mamaroneck, NY.



*/s/ Stuart M. Rosenberg*
Stuart M. Rosenberg

1036817 / 35692

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 23, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on November 23, 2011, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Steven L. Caponi<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801<br>caponi@blankrome.com | Morgan Chu<br>Samuel K. Lu<br>Amir Naini<br>Dorian S. Berger<br>Craig Johnson<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>mchu@irell.com<br>slu@irell.com<br>anaini@irell.com<br>cjohnson@irell.com<br>dberger@irell.com |

By:  /s/ David E. Moore
　　　Richard L. Horwitz
　　　David E. Moore
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, Delaware 19899-0951
　　　(302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com

973077 / 35692