IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOFTVIEW LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC.; HTC CORP.; HTC AMERICA INC.; EXEDEA, INC.; HUAWEI TECHNOLOGIES, CO., LTD.; FUTUREWEI TECHNOLOGIES INC.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS MOBILECOMM USA INC.; SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA LLC; DELL INC.; KYOCERA CORP.; KYOCERA WIRELESS CORP.; MOTOROLA MOBILITY INC.; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; and AT&T MOBILITY LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. **10-389 (LPS)** 12-984 (LPS) 12-985 (LPS) 12-986 (LPS) 12-987 (LPS) 12-988 (LPS) 12-989 (LPS) 12-990 (LPS) 12-991 (LPS) |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXTEND CLAIM CONSTRUCTION
ISSUE IDENTIFICATION AND BRIEFING DEADLINES
AND REQUEST FOR EXPEDITED CONSIDERATION**

Defendants respectfully move the court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to extend the claim construction issue identification and briefing deadlines as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Exchange list of proposed claim constructions | August 8, 2012 | August 22, 2012 |
| Submit Joint Claim Construction Chart | August 17, 2012 | August 31, 2012 |
| Initial briefs on claim construction issues | September 7, 2012 | September 21, 2012 |
| Answering/responsive briefs | October 5, 2012 | October 12, 2012 |
| Claim construction hearing | October 30, 2012 | *unchanged* |

Two days ago, the parties exchanged lists of claim terms(s)/phrase(s) that they believe need construction. Under the current schedule, the parties have only until next Wednesday, August 8, 2012 to exchange proposed constructions of those terms. Defendants seek a two-week extension of that date, so that they can consider all of the terms that have been exchanged and can coordinate their response. This short extension will provide the parties sufficient time to narrow the issues in dispute and reduce the number of claim term(s)/phrase(s) that will require construction by the Court. The requested extension will not affect the October 30, 2012 claim construction hearing date or any other deadlines in the Court's March 19, 2012 Scheduling Order. Plaintiff SoftView LLC ("SoftView") has declined to agree to the requested extension, but has not provided any reason for doing so.

In light of the upcoming August 8, 2012 deadline to exchange proposed claim constructions, Defendants further request that SoftView be required to file any response to this motion no later than Monday, August 6, 2012.

**I. FACTS**

The Court's March 19, 2012 Scheduling Order originally required that the parties exchange a list of claim terms(s)/phrase(s) that they believe need construction, and their proposed claim construction of those terms, on August 1, 2012, and submit a Joint Claim Construction Chart to the Court on August 17, 2012. (D.I. 250 at 13.) The parties previously agreed to extend the deadline to exchange proposed claim constructions to August 8, 2012. On August 1, 2012, the parties exchanged lists of term(s)/phrase(s) for construction. SoftView proposed 13 terms for construction, and Defendants proposed 40 terms. In light of the large number of terms at issue, Defendants seek a two-week extension of time, to August 22, 2012,

to exchange proposed claim constructions with SoftView, and a corresponding extension of the deadlines for submission of the Joint Claim Construction chart and claim construction briefing.

## II. ARGUMENT

"When an act . . . must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). Good cause exists to extend the deadlines as requested by Defendants. The Android Defendants[1] have only received SoftView's responses to their infringement contention interrogatories beginning on July 19, 2012, with the last of these responses served yesterday, August 2, 2012. SoftView's claim charts range from 80 to over 400 pages, depending on the defendant, and Defendants need adequate time to review and analyze SoftView's contentions before finalizing their claim construction positions.

Further, allowing a modicum of extra time before exchanging proposed constructions will allow the large group of defendants to confer among themselves to seek to reduce the number of terms that that they believe need construction, which will benefit both SoftView and the Court. A smaller number of terms will facilitate the meet and confer between SoftView and the Defendants, allowing the parties to narrow and focus the disputed issues before submission of the Joint Claim Construction Chart to the Court.

Moreover, Defendants' requested extension will not prejudice SoftView in any way. In fact, allowing Defendants this extra time will help both SoftView and the Court by reducing the number of claim terms that must be briefed and construed. The short extension of the briefing

---

[1] The term "Android Defendants" is defined in the Court's March 19, 2012 Scheduling Order. (*See* D.I. 250 at 2.)

schedule will not impact the date of the claim construction hearing, or any subsequent deadlines set forth in the Court's March 19, 2012 Scheduling Order.

### III. REQUEST FOR EXPEDITED CONSIDERATION

In light of the upcoming deadline to exchange proposed claim constructions on Wednesday, August 8, 2012, Defendants respectfully request expedited consideration of the instant motion, and request the Court to order that any response to the motion be filed no later than Monday, August 6, 2012.

### IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order SoftView to file any response to this motion by August 6, 2012, and further that the Court grant Defendants' motion and extend the claim construction issue identification and briefing deadlines as set forth above.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Jack B. Blumenfeld* |
| William H. Boice<br>KILPATRICK, TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500 | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com |
| Daniel S. Young<br>Laura K. Mullendore<br>KILPATRICK, TOWNSEND & STOCKTON LLP<br>1400 Wewatta Street<br>Suite 600<br>Denver, CO 80202<br>(303) 571-4000 | *Attorneys for Defendant AT&T Mobility LLC* |

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | /s/ *Richard L. Horwitz* |
| Josh A. Krevitt<br>H. Mark Lyon<br>Alison Watkins<br>Stuart M. Rosenberg<br>Neema Jalali<br>GIBSON DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 849-5300 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza<br>6th Floor<br>1313 North Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants Apple Inc. and AT&T Mobility LLC* |
| | SHAW KELLER LLP |
| OF COUNSEL: | /s/ *John W. Shaw* |
| Leo L. Lam<br>Ashok Ramani<br>Justina K. Sessions<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>(415) 391-5400 | John W. Shaw (#3362)<br>800 Delaware Avenue<br>4th Floor<br>Wilmington, DE 19801<br>(302) 559-9623<br>jshaw@shawkeller.com<br><br>*Attorneys for Defendants HTC Corp., HTC America Inc., and Exedea Inc.* |

|  |  |
|---|---|
|  | RICHARDS, LAYTON & FINGER, P.A. |
| OF COUNSEL: | /s/ Anna Shea Gaza |
| Eliot D. Williams<br>Brian Boerman<br>BAKER BOTTS LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 | Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br><br>*Attorneys for Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc.* |
|  | GREENBERG TRAURIG, LLP |
| OF COUNSEL: | /s/ Gregory Erich Stuhlman |
| Herbert H. Finn<br>Eric J. Maiers<br>Barry Horwitz<br>GREENBERG TRAURIG, LLP<br>77 West Wacker Drive<br>Suite 3100<br>Chicago, IL 60601<br>(312) 456-8400 | Gregory Erich Stuhlman (#4765)<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7381<br>stuhlmang@gtlaw.com<br><br>*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Mobilecomm USA Inc.* |

|  |  |
|---|---|
|  | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| OF COUNSEL: | /s/ *Monte Terrell Squire* |
| Christine S. Haskett<br>Michael K. Plimack<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>(415) 591-6000 | Adam Wyatt Poff (#3990)<br>Monté Terrell Squire (#4764)<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>apoff@ycst.com<br>msquire@ycst.com |
|  | *Attorneys for Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC* |
|  | RICHARDS, LAYTON & FINGER, PA |
| OF COUNSEL: | /s/ *Steven J. Fineman* |
| James W. Morando<br>Cathleen G. Garrigan<br>Erik C. Olson<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br>(415) 954-4400 | Steven J. Fineman (#4025)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com |
|  | *Attorneys for Defendant Dell Inc.* |

PHILLIPS, GOLDMAN & SPENCE, P.A.

OF COUNSEL:

/s/ John C. Phillips, Jr.

Eric C. Cohen
Michael A. Dorfman
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants Kyocera Corp. and Kyocera Wireless Corp.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

/s/ Jack B. Blumenfeld

William H. Boice
Candice C. Decaire
Richard Goldstucker
KILPATRICK, TOWNSEND & STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
(404) 815-6500

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Motorola Mobility, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

/s/ Rodger D. Smith II

John H. McDowell, Jr.
Benjamin J. Setnick
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
(214) 659-4400

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Sony Ericsson Mobile Communications (USA) Inc.*

Dated: August 3, 2012

## **RULE 7.1.1 CERTIFICATION**

I hereby certify that counsel for AT&T Mobility LLC made a reasonable effort to reach agreement with counsel for SoftView LLC on the matters set forth in this motion. However, no agreement could be reached.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 3, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Steven L. Caponi, Esquire<br>BLANK ROME LLP<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Samuel K. Lu, Esquire<br>Amir Naini, Esquire<br>Craig Johnson, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)