# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 3, 2012

The Honorable Leonard P. Stark                                   *VIA ELECTRONIC FILING*
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:   *SoftView LLC v. Apple Inc., et al.*
              C.A. No. 10-389 and 12-984-991 (LPS)

Dear Judge Stark:

      Defendants have today filed a motion to extend the deadlines for claim construction issue identification and briefing by two weeks. That extension would permit the parties to seek to narrow their disputes without affecting the October 30, 2012 Markman hearing date. Plaintiff has declined to agree to that extension. Because the next deadline is next Wednesday, August 8, we request that the plaintiff be required to respond by Monday, August 6.

      We thank you for your consideration of this motion. Counsel are available for a phone call should Your Honor wish to discuss this.

      Respectfully,

      /s/ *Jack B. Blumenfeld*

      Jack B. Blumenfeld

JBB/lm
cc:   Clerk of Court (Via Hand Delivery)
       All Counsel of Record (Via Electronic Mail)
6168176.3