# Exhibit B





Fig. 2a

FH003559





*Fig. 2b*





Fig. 2c