# Exhibit D



FIG. 1B

2701328.1 01