# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | : |
| | : |
| Plaintiff, | : |
| | :  Civil Action No. 10-389-LPS |
| v. | : |
| | :  **CONSOLIDATED** |
| APPLE INC., et al. | : |
| Defendants. | : |

## NOTICE OF SERVICE

*PLEASE TAKE NOTICE* that on December 27, 2012 SoftView LLC's First Set of Individual Interrogatories to HTC Corp. and HTC America, Inc. (Nos. 1-4) was served upon the following parties by email service:

**John W. Shaw**
**800 Delaware Avenue, 4th Floor**
**Wilmington, DE 19801**
**jshaw@shawllp.com**
*Counsel for HTC Corp. and HTC America, Inc.*

**Leo L. Lam**
**Ashok Ramani**
**Jesse P. Basbaum**
**Justina R. Sessions**
**Keker & Van Nest LLP**
**633 Battery Street**
**San Francisco, CA 94111**
**(415) 391-5400**
**aramani@kvn.com**
**jbasbaum@kvn.com**
**llam@kvn.com**
**jsessions@kvn.com**
*Counsel for HTC Corp. and HTC America, Inc.*

                                                                               BLANK ROME LLP

                                      By:    */s/ Steven L. Caponi*
                                                        Steven L. Caponi, Esquire (DE ID 3484)
                                                         1201 North Market Street
                                                         Suite 800
                                                         Wilmington, DE  10901
                                                         (302) 425-6408
                                                         *Attorney for Plaintiff, SoftView LLC*

OF COUNSEL:
Morgan Chu
Samuel K. Lu
Erin McCracken
Craig Johnson
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
(310) 277-1010
mchu@irell.com
slu@irell.com
emccracken@irell.com
cjohnson@irell.com

December 28, 2012