# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOFTVIEW LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| APPLE INC.; AT&T MOBILITY LLC; DELL INC.; HTC CORP.; HTC AMERICA, INC.; HUAWEI TECHNOLOGIES CO., LTD.; FUTUREWEI TECHNOLOGIES, INC.; KYOCERA CORP.; KYOCERA WIRELESS CORP.; LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS MOBILECOMM U.S.A., INC.; MOTOROLA MOBILITY LLC; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action Nos. **10-389-LPS**
12-984-LPS
12-985-LPS
12-986-LPS
12-987-LPS
12-988-LPS
12-989-LPS
12-990-LPS

## STIPULATION AND PROPOSED ORDER
## TO EXTEND STAY

WHEREAS, by Memorandum Order dated September 4, 2013 (D.I. 1105), the Court stayed these consolidated actions pending the outcome of proceedings for the *inter partes* review of the patents-in-suit before the Patent Trial & Appeal Board ("PTAB");

WHEREAS, on March 27, 2014, the PTAB issued final written decisions in the *inter partes* review proceedings holding the challenged claims of the patents-in-suit unpatentable;

WHEREAS, Plaintiff SoftView LLC intends to appeal the final written decisions of the PTAB to the United States Court of Appeals for the Federal Circuit;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the stay ordered by the Court's September 4, 2013 Memorandum Order (D.I. 1105) shall continue in effect until the resolution of SoftView LLC's aforementioned appeal to the United States Court of Appeals for the Federal Circuit, at which time the parties shall submit to the Court a joint status report, including their proposals as to whether and how this case should proceed.

| | |
|---|---|
| */s/Steven L. Caponi* <br> Steven L. Caponi (#3484) <br> Blank Rome LLP <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 <br> (302) 425-6400 <br> caponi@blankrome.com <br> *Attorneys for Plaintiff SoftView LLC* | */s/Gregory E. Stuhlman* <br> Gregory E. Stuhlman (#4765) <br> Greenberg Traurig, LLP <br> The Nemours Building <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, DE 19801 <br> (302) 661-7381 <br> stuhlmang@gtlaw.com <br> *Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Mobilecomm USA Inc.* |
| */s/Jack B. Blumenfeld* <br> Jack B. Blumenfeld (#1014) <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> *Attorneys for Defendants Motorola Mobility LLC and AT&T Mobility LLC* | */s/ Richard L. Horwitz* <br> Richard L. Horwitz (#2246) <br> David Ellis Moore (#3983) <br> Potter Anderson & Corroon, LLP <br> 1313 N. Market St., Hercules Plaza, 6th Floor <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> rhorwitzgpotteranderson.com <br> dmoore@potteranderson.com <br> *Attorneys for Defendants Apple Inc. and AT&T Mobility LLC* |

| | |
|---|---|
| */s/Jason J. Rawnsley* | */s/John W. Shaw* |
| Frederick L. Cottrell, III (#2555) | John W. Shaw (#3362) |
| Anne Shea Gaza (#4093) | Karen E. Keller (#4489) |
| Jason J. Rawnsley (#5379) | Andrew E. Russell (#5382) |
| Richards. Layton & Finger, P.A. | Shaw Keller LLP |
| 920 North King Street | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE. 19801 |
| 302-651-7700 | (302) 298-0700 |
| cottrell@rlf.com | jshaw@shawkeller.com |
| gaza@rlf.com | kkeller@shawkeller.com |
| rawnsley@rlf.com | arussell@shawkeller.com |
| *Attorneys for Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc.* | *Attorneys for Defendants HTC Corp. and HTC America Inc.* |

| | |
|---|---|
| */s/John C. Phillips, Jr.* | */s/Adam W. Poff* |
| John C. Phillips, Jr. (#110) | Adam W. Poff (#3990) |
| Megan C. Haney (#5016) | Monté T. Squire (#4764) |
| Phillips, Goldman *&* Spence, P.A. | Young Conaway Stargatt & Taylor LLP |
| 1200 N. Broom Street | Rodney Square |
| Wilmington, DE 19806 | 1000 North King Street |
| (302) 65504200 | Wilmington, DE 19801 |
| jcp@pgslaw.com | (302) 571-6600 |
| mch@pgslaw.com | apoff@ycst.com |
| *Attorneys for Defendants Kyocera Corp. and Kyocera Wireless Corp* | msquire@ycst.com |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC* |

*/s/Steven J. Fineman*
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
*Attorneys for Defendant Dell Inc.*

Dated: April 22, 2014

                                      SO ORDERED this _____ day of _____, 2014

                                      _____

                                      The Honorable Leonard P. Stark