**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SOFTVIEW LLC,           )<br>                                )<br>        Plaintiff,         )<br>                                )<br>    v.                       )<br>                                )<br>APPLE INC., et al.,    )<br>                                )<br>        Defendants.    ) | C.A. No. 10-389-LPS<br>(CONSOLIDATED) |

**JOINT STATUS REPORT**

Pursuant to this Court's October 16, 2015 Oral Order, the parties submit this joint status report. The status of this matter has not changed materially since the parties submitted their April 21, 2015 joint status report.  (D.I. 1117)

[SIGNATURES FOLLOW]

BAYARD, P.A.

*/s/ Richard D. Kirk*
Richard Kirk (#0922)
222 Delaware Avenue, Suite 900
Wilmington, DE 1999
(302) 655-5000
rkirk@bayardlaw.com
Attorneys for Plaintiff SoftView LLC

GREENBERG TRAURIG, LLP

*/s/ Chaney Hall*
Gregory E. Stuhlman (#4765)
Chaney Hall (#5491)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7381
stuhlmang@gtlaw.com
Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Mobilecomm USA Inc.

MORRIS, NICHOLS, ARSHT
  & TUNNELL, LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
Attorneys for Defendants Motorola Mobility LLC and AT&T Mobility LLC

POTTER ANDERSON & CORROON, LLP

*/s/ David E. Moore*
David Ellis Moore (#3983)
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
dmoore@potteranderson.com
Attorneys for Defendants Apple Inc. and AT&T Mobility LLC

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Jason L. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
920 North King Street
Wilmington, DE 19801
302-651-7700
cottrell@rlf.com
rawnsley@rlf.com
Attorneys for Defendants Huawei Technologies Co., Ltd. and Futurewei Technologies, Inc.

PHILIPS, GOLDMAN & SPENCE, P.A.

*/s/ Meghan C. Haney*            .
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom Street
Wilmington, DE 19806
(302) 65504200
jcp@pgslaw.com
mch@pgslaw.com
Attorneys for Defendants Kyocera Corp. and Kyocera Wireless Corp.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
Attorneys for Defendant Dell Inc.

SHAW KELLER LLP

*/s/ John W. Shaw*
John W. Shaw (#3362)
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE. 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
Attorneys for Defendants HTC Corp. and HTC America Inc.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (#3990)
Monté T. Squire (#4764)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
msquire@ycst.com
Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC